7014 0150 0001 6644 9886



U.S. POSTAGE PAID
PM 1-Day
INDEPENDENCE, KY
41051
NOV 30, 18
AMOUNT
$13.45
1005   45202-3117   R2303S103226-04

ICE
ES DISTRICT COURT
art Courthouse
Street
45202

ATTEMPTED
NOT KNOWN
MID CITY STA 45203/04/14

RETURN RECEIPT
REQUESTED

RECEIVED
DEC 07 2018
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Dr. Alvin Crawford
Serve: GH&R Business Svcs., Inc.
511 Walnut Street
1900 Fifth Third Center
Cincinnati, Ohio 45202



PRIORITY MAIL
TRACKED INSURED
UNITED STATES POSTAL SERVICE
Label 107R, May 2014